IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS GARCIA FRAGA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:11-cv-14-ID |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

On April 25, 2011, the Magistrate Judge issued a Recommendation (Doc. 17) to which no timely objections were made. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE that:

1. The Recommendation is ADOPTED;

2. The 28 U.S.C. § 2241 petition for habeas corpus relief is DISMISSED without prejudice because Fraga failed to exhaust administrative remedies in accordance with the procedures established by the Bureau of Prisons.

DONE this 24th day of May, 2011.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE